432 A.2d 259

Commonwealth v. Maslany, Appellant.

Commonwealth v. McGaw, Appellant.

Argued June 12, 1980. Peter T. Campana, for appellants; Gailey C. Keller, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgments of sentence affirmed.